An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN FERNANDO LOPEZ A/K/A JUAN
FERNANDO LOPEZ, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61668

**FILED**

MAY 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to withdraw guilty plea or to modify sentence.[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

In his motion, filed on July 11, 2012, appellant claimed that his trial counsel was ineffective for informing appellant that he would receive a shorter sentence than what the district court actually imposed. To the extent that appellant sought to withdraw his plea, we conclude that the equitable doctrine of laches precluded consideration of the motion because there was a more-than-three-year delay from entry of the judgment of conviction, there was inexcusable delay in seeking relief, an implied waiver exists from appellant's knowing acquiescence in existing conditions, and the State may suffer prejudice from the delay. *See Hart v.*

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14186

*State*, 116 Nev. 558, 563-64, 1 P.3d 969, 972 (2000). Therefore, the district court did not err in denying this portion of the motion.

To the extent that appellant sought to modify his sentence, appellant's claim of ineffective assistance of counsel was outside the scope of claims permissible in a motion to modify sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Therefore, the district court did not err in denying this portion of the motion.

Having concluded that appellant is not entitled to relief, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Michelle Leavitt, District Judge
     Juan Fernando Lopez
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk